GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for Defendant,
 Tahesha Way, NJ Secretary of State
R.J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, New Jersey 08625
Attorney for Defendant,

By:   George N. Cohen
      Deputy Attorney General
      (609) 376-2955
      George.Cohen@law.njoag.gov
      Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

|  |  |
|---|---|
|  | ) |
| EUGENE MAZO, | ) HON. LEDA D. WETTRE, U.S.M.J. |
| Plaintiff, | ) Civil Action No. 2:20-cv-08336 |
| v. | ) |
| CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk, | ) ) ) |
| E. JUNIOR MALDONANDO, in his official capacity as Hudson County Clerk, | ) ORDER ) ) |
| JOANNE RAJOPPI, in her official Capacity as Union County Clerk, | ) ) |
| TAHESHA WAY, in her official Capacity as New Jersey Secretary of State, | ) ) |
| Defendants. | ) ) |

This matter having come before the court on application by Gurbir S. Grewal, Attorney General of the State of New Jersey, by George N. Cohen, Deputy Attorney General, on behalf of Defendant, Tahesha Way, Secretary of State, for a 30-day extension to file a response to the complaint and opposing counsel having consented to the requested 30-day extension, and the Court having considered the papers submitted herein, and for good cause shown;

IT IS on this _____ day of _____, 2020

ORDERED that Defendant's request for an extension of time of 30 days to answer, move, or otherwise respond to the complaint is GRANTED; and

FURTHER ORDERED that Defendant's answer, motion, or response to the complaint shall be filed by October 18, 2020.

                                                                 _____
                                                                 Lena Dunn Wettre
                                                                 United States Magistrate Judge

DATED: September 18, 2020

The undersigned consent to the force and entry of the within Consent Order.

                                          GURBIR S. GREWAL
                                          ATTORNEY GENERAL of NEW JERSEY
                                          Attorney for Defendant,
                                           Tahesha Way, in her official capacity as NJ Secretary of State

                               By:   s/George N. Cohen
                                           George N. Cohen
                                           Deputy Attorney General

Dated: September 17, 2020

                                              WALTER M. LUERS, ESQ.  
                                              Law Firm of Walter M. Luers, LLC  
                                              Attorney for Plaintiff,  
                                               Eugene Mazo

                                              <u>s/Walter M. Luers          </u>  
                                              Walter M. Luers, Esq.

Dated: September 17, 2020