Law Offices of
# Walter M. Luers, LLC
The Corbit Building
67 Beaver Avenue, Suite 18
Annandale, New Jersey 08801
Telephone: 908.894.5656
Facsimile: 908.894.5729
www.luerslaw.com

September 17, 2020

Walter M. Luers, Esq.*

*Also admitted in New York

Writer's Direct Email: wluers@luerslaw.com

**VIA CM/ECF**

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07102

      **Re:**   *Mazo, et al. v. Durkin, et al.*
               **Docket No. 2:20-cv-08336-SDW-LDW**

Dear Judge Wigenton:

      We represent the Plaintiff in the above-referenced action. Currently pending before the Court is the motion to dismiss of Defendant Joanne Rajoppi, which is currently returnable October 19, 2020, and has been adjourned once. In addition, Defendant Way must answer or move by September 18, 2020, but is about to file a thirty-day request for an extension; Defendant Maldonado must answer or move by September 30, 2020; and Defendant Durkin must answer or move by October 5, 2020.

      To reduce the burden on the Court and for the relative convenience of the Court and parties, we request that the pending motion to dismiss be adjourned and be made returnable November 16, 2020, so as to synchronize the briefing schedules of the pending motion to dismiss with the motions to dismiss that we anticipate all of the remaining defendants will make. This should yield a benefit to the Court by permitting the Court to decide all similar motions at the same time, rather than in groups of one, two or three.

      All of the Defendants have consented to our request.

      If our request is granted, then the new date for Plaintiff to serve and file their opposition papers to any pending motion to dismiss would be November 2, 2020, and the new date for Defendants to serve and file their reply papers would be November 9, 2020.

Hon. Susan D. Wigenton, U.S.D.J.
Page 2 of 2
September 17, 2020

        Thank you for your consideration of our request.

                Respectfully submitted,

                /s/ Walter M. Luers

                Walter M. Luers

cc:    Counsel of Record

Plaintiff's request is **DENIED.**
**SO ORDERED.***
*s/ Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge
Dated: September 18, 2020

***The Court denies Plaintiff's request to adjourn the October 5, 2020, return date (*see* D.E. 21), as it is not clear that Defendants Way, Maldonado, and Durkin will file motions to dismiss. Plaintiff may request an extension to the extent he needs additional time to file an opposition.**