COURTNEY M. GACCIONE, ESSEX COUNTY COUNSEL
By: Alan Ruddy, Esq., Assistant County Counsel
Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendant, Christopher J. Durkin, in his official capacity Essex County Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK)

Civil Action No. 2:20-cv-08336-SW-LDW

| | | |
|---|---|---|
| Eugene Mazo | : | |
| Plaintiff, | : | Civil Action |
| vs. | : | **NOTICE OF APPEARANCE** |
| CHRISTOPHER J. DURKIN, in His official capacity as Essex County Clerk, E. JUNIOR MALDONADO, in His official capacity as Hudson County Clerk, JOANNE RAJOPPI, in her official Capacity as Union County Clerk. TAHESHA WAY, in her official capacity As New Jersey Secretary of State | : | |
| Defendants. | : | |

Kindly enter my appearance as counsel for the defendant, Christopher J. Durkin, in his official capacity as Essex County Clerk, in the above captioned matter.

ESSEX COUNTY COUNSEL'S OFFICE

BY: s/*Alan Ruddy*
    Alan Ruddy
    Assistant County Counsel

Dated: October 5, 2020

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within Notice of Appearance has been served via electronic filing on the date set forth below to the following:

All Counsel of Record

ESSEX COUNTY COUNSEL'S OFFICE

BY: s/*Alan Ruddy*
     Alan Ruddy
     Assistant County Counsel

Dated: October 5, 2020