

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003   ---   973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Courtney M. Gaccione**
Essex County Counsel

October 6, 2020

Hon. Susan D. Wigenton, U.S.D.J.
M.L. King, Jr. Federal Bldg. & Courthouse
Room 5060
50 Walnut Street
Newark, NJ  07102

     Re:   Eugene Mazo v. Christopher J. Durkin, etc., et al.
            Civil Action No. 2:20-cv-08336-SDW-LDW

Dear Judge Wigenton:

I am an Assistant Essex County Counsel representing Christopher J. Durkin in the above matter.

Mr. Durkin joins the motions and briefs filed by the co-defendants in this matter.

                            Respectfully submitted,

                            *s/Alan Ruddy*
                            Alan Ruddy
                            Assistant County Counsel
                            (973) 621-5021

AR/gs
cc/all counsel

